**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7082**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM LEWIS HINSON,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CR-93-258-P)

---

Submitted: February 22, 2001      Decided: February 28, 2001

---

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

William Lewis Hinson, Appellant Pro Se. Robert Jack Higdon, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Lewis Hinson appeals the district court's order denying his "Motion to Quash Indictment and Dismiss Action for Lack of Jurisdiction." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant Hinson's motion to proceed on appeal in forma pauperis and affirm on the reasoning of the district court. <u>See</u> <u>United States v. Hinson</u>, No. CR-93-258-P (W.D.N.C. Jul. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2